OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 25, 2006

Thomas A. Foley, Esquire
1326 King Street
Wilmington, DE 19801

Gregg E. Wilson, Esquire
New Castle County Law Department
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720

    RE:    Walter F. Schopfer v. Trooper Daniel F. McColgan et al.
                Civil Action No. 95-494 JJF

Dear Counsel:

       The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

       Please advise me no later than February 8, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

                                 Very truly yours,
                                 Peter T. Dalleo, Clerk

                                 Anita Bolton
                                 Courtroom Deputy